NOT FOR PUBLICATION

**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUL 21 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

|  |  |
|---|---|
| ROBERT LEE ERSKINE,<br><br>    Plaintiff-Appellant,<br><br> v.<br><br>ALL CORPORATIONS AND INDIVIDUALS, THAT PARTICIPATE IN THE MANUFACTURING, SALES, AND DISTRIBUTION OF ALCOHOL; ALL STATE, FEDERAL AGENCIES, INCLUDING GOVERNMENT AGENCIES THAT REGULATE THE MANUFACTURE, SALES AND DISTRIBUTION OF ALCOHOL AND ALL U.S. DEPARTMENT OF JUSTICE,<br><br>    Defendants-Appellees. | No. 21-35621<br><br>D.C. No. 2:20-cv-02269-JR<br><br>MEMORANDUM[*] |

Appeal from the United States District Court
for the District of Oregon
Michael W. Mosman, District Judge, Presiding

Submitted July 12, 2022[**]

Before: SCHROEDER, R. NELSON, and VANDYKE, Circuit Judges.

---

 [*] This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

 [**] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Robert Lee Erskine appeals pro se from the district court's judgment dismissing his 42 U.S.C. § 1983 action alleging federal claims. We have jurisdiction under 28 U.S.C. § 1291. We review de novo a dismissal under 28 U.S.C. § 1915(e)(2). *Watison v. Carter*, 668 F.3d 1108, 1112 (9th Cir. 2012). We affirm.

The district court properly dismissed Erskine's action because Erskine failed to state any plausible claims for relief. *See Neitzke v. Williams*, 490 U.S. 319, 327-28 (1989), *abrogated on other grounds by Bell Atl. Corp. v. Twombly*, 550 U.S. 544 (2007) ("[T]he [PLRA] statute accords judges not only the authority to dismiss a claim based on an indisputably meritless legal theory, but also the unusual power to pierce the veil of the complaint;s factual allegations and dismiss those claims whose factual contentions are clearly baseless.").

Erskine's motions to appoint counsel are denied.

**AFFIRMED.**